F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, <br><br> Plaintiff, <br><br> v. <br><br> MAGIX COMPUTER PRODUCTS INTERNATIONAL CO., <br><br> Defendant. | Case No.: 2:19-cv-01610 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> **(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff Rothschild Patent Imaging LLC and Defendant Magix Computer Products International Co., by and through their respective counsel of record, Borghese Legal, Ltd., on behalf of Plaintiff, and Weide & Miller, Ltd., on behalf of Defendant, specially appearing and without conceding personal jurisdiction or waiving any defenses, hereby agree and stipulate for an extension of time for Defendant to file and serve their answer or other responses to the Complaint from the current deadline of October 10, 2019, up to and including November 9, 2019. This is the first request by the parties for such an extension.

On October 1, 2019, Weide & Miller, Ltd. was retained by Defendant in connection with the above-captioned case. Good cause for this request exists because counsel has not yet had an opportunity to consult with Defendant regarding the allegations in the Complaint or any defenses that Defendant may have. Defendant, therefore, requested a 30-day extension to the present deadline, to which counsel for Plaintiff graciously consented.

Defendant was served on September 19, 2019. Defendant's answer or other responses to

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0984                                    1

the Complaint are presently due on October 10, 2019. Defendant requests a 30-day extension of time to answer or otherwise respond from October 10, 2019 to November 9, 2019.

DATED: October 2, 2019.

**IT IS SO AGREED AND STIPULATED:**

| **BORGHESE LEGAL, LTD.** | **WEIDE & MILLER, LTD.** |
|---|---|
| By: */s/ Mark Borghese* <br> Mark Borghese, Esq. <br> Nevada Bar No. 6231 <br> *mark@borgheselegal.com* <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, NV 89145 <br> (702) 382-0200 <br> *Attorneys for Plaintiffs* | By: */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. <br> Nevada Bar No. 6559 <br> *caustin@weidemiller.com* <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br> *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 3, 2019