Mark R. Borghese
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
702-382-0200
Fax: 702-382-0212
Email: mark@borgheselegal.com
OF COUNSEL:

Jay Johnson (TX SBN 24067322)
*(Application for Pro Hac Vice Filed)*
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

Attorneys for Plaintiff
ROTHSCHILD PATENT IMAGING LLC, a Texas limited liability corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § §  Plaintiff, § § vs. § § MAGIX COMPUTER PRODUCTS § INTERNATIONAL CO., § § Defendant. § § | Case No: 2:19-cv-01610-MMD-EJY  PATENT CASE |

## STIPULATION OF DISMISSAL

Plaintiff Rothschild Patent Imaging, LLC and Defendant Magix Computer Products International Co., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff's claims against Defendant are dismissed WITH PREJUDICE and Defendant's claims against Plaintiff are dismissed WITHOUT PREJUDICE with each Party to bear its own costs, expenses

- 1 -
**ANSWER TO COUNTERCLAIMS**

and attorneys' fees.

Dated: February 21, 2020                    Respectfully Submitted,


/s/ *Jay Johnson*
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
702-382-0200
Fax: 702-382-0212
Email: mark@borgheselegal.com


OF COUNSEL:

Jay Johnson (TX SBN 24067322)
*(Admitted Pro Hac Vice)*
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

*Attorneys for Plaintiff Rothschild Patent Imaging LLC*

/s/Terry Watt
**Terry Watt**
Crowe & Dunlevy
321 South Boston
Ste 500
The Kennedy Building
Tulsa, OK 74103
918-592-9800
Fax: 918-592-9801
Email: terry.watt@crowedunlevy.com

**F. Christopher Austin**
Weide & Miller, Ltd.
10655 Park Run Drive
Suite 100
Las Vegas, NV 89144
702-382-4804
Fax: 702-382-4805

**ANSWER TO COUNTERCLAIMS**

Email: caustin@weidemiller.com

*Counsel for Defendant*

IT IS SO ORDERED.

Dated: February 24, 2020

_____
Miranda M. Du
Chief U.S. District Judge

**ANSWER TO COUNTERCLAIMS**